NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KONINKLIJKE PHILIPS ELECTRONICS N.V. AND U.S. PHILIPS CORPORATION,**
*Plaintiffs-Appellees,*

v.

**CINRAM INTERNATIONAL, INC., CINRAM, INC., CINRAM MANUFACTURING, INC., THE ADS GROUP (formerly known as Advanced Duplication Services, LLC), AMERICAN MEDIA INTERNATIONAL, LTD., CARBONITE, INC., HAL LEONARD CORP., MUSIC CITY OPTICAL MEDIA, INC., CONCORD RECORDS, INC., CONCORD MUSIC GROUP, INC., UNIVERSAL MUSIC GROUP, AND OPTICAL EXPERTS MANUFACTURING, INC.,**
*Defendants,*

AND

**ENTERTAINMENT DISTRIBUTION COMPANY (USA), LLC, ENTERTAINMENT DISTRIBUTION COMPANY, LLC, AND UMG MANUFACTURING & LOGISTICS, INC.,**
*Defendants-Appellants.*

---

2013-1482

---

KONINKLIJKE PHILIPS V. CINRAM INTERNATIONAL                2

Appeal from the United States District Court for the Southern District of New York in consolidated No. 08-CV-0515, Judge Richard G. Stearns.

————————————

## ON MOTION

————————————

## O R D E R

Upon consideration of the parties' joint motion to dismiss this appeal,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  Each side shall bear its own costs.

FOR THE COURT

/s/  Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s26

ISSUED AS A MANDATE: September 18, 2013